

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00249-CV

Shelley Thomson, acting by and through Selene Smith, as next friend, and Philip M. Ross, individually and as Trustee of the Shelley Thomson Trust

v.

Texas Health and Human Services Commission

On Appeal from the
County Court at Law No. 2 of Comal County, Texas
Trial Court Cause No. 2019GDB0001

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. No costs are assessed, as appellant filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

October 14, 2021